Michael Glenn **SINGLETON,**
**Plaintiff—Appellant,**

v.

Superintendent **CARROL,** Johnston Correctional Center; **Valarie Smith,** Programmer Johnston Correctional Center; **Jennifer Strickland,** Transfer Coordinator Johnston Correctional Center; **Chaplain Sherman,** Chaplain Johnston Correctional Center, Defendants—**Appellees.**

No. 04–7608.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 16, 2005.

Decided March 11, 2005.

Michael Glenn Singleton, Appellant pro se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Glenn Singleton appeals the district court's dismissal of his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that the appeal is frivolous. Accordingly, we affirm the district court's dismissal of the case. *See Singleton v. Carrol,* No. CA–04–487–5–BO (E.D.N.C. Aug. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*